No. 1072.—A. T. STEWART & CO. v. BLOOM, KOHN & CO.

If a case has been taken from the Supreme Court of Louisiana to the Supreme Court of the United States on a writ of error from a final decree, and the decree of the State court is reversed on the plea of prescription, and the cause is remanded by the Supreme Court of the United States to the State court, then and in that case the Supreme Court of the State will make order and decree in the case to conform to the ruling of the Supreme Court of the United States on the plea of prescription.

APPEAL from the Fourth District Court, parish of Orleans. *Théard, J. Elmore & King*, for plaintiffs and appellants on writ of error. *Race, Foster & E. T. Merrick* and *E. W. Huntington*, for defendants.

LUDELING, C. J. This is an action upon a promissory note. The defendants pleaded the prescription of five years.

The note fell due on the thirteenth March, 1861, and the citations were served on the defendants on the eighteenth day of April, 1866.

More than five years having elapsed, after the maturity of the note, before the citations were served on the defendants, the plea of prescription must be sustained. C. C. 3494, 3505; Rabel v. Pourciau, 20 An. 131, and Smith v. Stewart, 21 An.

It is therefore adjudged and decreed that the judgment of the lower court be affirmed, and that the appellants pay the costs of the appeal.

---

*Decision after the Case was Remanded by the Supreme Court of the United States to the Supreme Court of the State.*

WYLY, J. In conformity to the decree of the Supreme Court of the United States, to which court this case was removed on writ of error,

it is ordered that the judgment of this court, heretofore rendered herein, be set aside, and it is now ordered that the exception of prescription be overruled.

### On the Merits.

From the evidence the case is clearly made out for the plaintiffs, as far as the amount of the note, to wit: $3226 24. As to the account, its correctness is not satisfactorily established by the evidence.

It is therefore ordered that the judgment appealed from be annulled, and that the plaintiffs recover judgment against the defendants *in solido* for $3226 24, with five per cent. interest thereon from thirteenth March, 1861, and costs of both courts.